UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN RE: CASE NO. 18-10627 | ) |
| TRINITY INVESTMENT GROUP, LLC | ) |
| Debtor | ) |
| TRINITY INVESTMENT GROUP, LLC | ) |
| Plaintiff | ) |
| vs. | ) PROC. NO. 18-1067 |
| SIGMA RESTAURANTS, INC., et al. | ) |
| Defendants | ) |

**JUDGMENT AS TO SIGMA RESTAURANTS, INC.**

On February 11, 2019

This matter having come before the court on the plaintiff's motion for summary judgment against Sigma Restaurants, Inc., the issues having been determined and a decision rendered, it is

THEREFORE ORDERED, ADJUDGED AND DECREED that Sigma Restaurants does not have a perfected security interest in the debtor's personal property and its lien may be and hereby is avoided

SO ORDERED.

/s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court

Date entered on docket: February 11, 2019